IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAN ANTONIO COMMUNITY HOSPITAL, et al.,

       Plaintiffs

       v.                       CIV. NO. S-05-409-WBS-DAD

SANDRA SHEWRY, Director of the Department of Health Services, State of California,

       Defendant.
_____/     <u>RELATED CASE ORDER</u>

JAMES CLAYWORTH, R.Ph. et al.,

       Plaintiff,

    v.                        CIV. NO. S-03-2110-DFL-PAN

DIANA M. BONTA, Director of the Department of Health Services of California,

       Defendant.
_____/

///

///

///

```
CALIFORNIA MEDICAL ASSOCIATION,
et al.,

          Plaintiffs,

     v.                              CIV. NO. S-03-2336-DFL-PAN

DIANA M. BONTA, Director of the
Department of Health Services of
California,

          Defendant.
_____/

JAMES CLAYWORTH, R.Ph., et al.,

          Plaintiffs

     v.                              CIV. NO. S-04-1729-DFL-PAN

SANDRA SHEWRY, Director of the
Department of Health Services,
State of California,

          Defendant.
_____/

CALIFORNIA ASSOCIATION OF MEDICAL
PRODUCT SUPPLIERS, et al.,

          Plaintiffs,

     v.                              CIV. NO. S-04-1124-DFL-GGH

SANDRA SHEWRY, Director of the
Department of Health Services,
State of California,

          Defendant.
_____/
```

///

///

///

///

///

2

1  DEVELOPMENTAL SERVICES NETWORK,
   et al.,
2
              Plaintiffs,
3
       v.                                  CIV. NO. S-04-1501-DFL-PAN
4
   SANDRA SHEWRY, Director of the
5  Department of Health Services,
   State of California,
6
              Defendants.
7  _____/

8       Examination of the above-entitled actions reveals that
9  these actions are related within the meaning of Local Rule 83-
10 123 (E.D. Cal. 2005). Accordingly, the assignment of the
11 matters to the same judge and magistrate judge is likely to
12 effect a substantial savings of judicial effort and is also
13 likely to be convenient for the parties.
14      The parties should be aware that relating the cases under
15 Local Rule 83-123 merely has the result that these actions are
16 assigned to the same judge and magistrate judge; no
17 consolidation of the actions is effected.  Under the regular
18 practice of this court, related cases are generally assigned to
19 the judge and magistrate judge to whom the first filed action
20 was assigned.
21      IT IS THEREFORE ORDERED that the action denominated CIV.
22 NO. S-05-409-WBS-DAD and CIV. NO. S-04-1124-DFL-GGH be
23 reassigned to Judge David F. Levi and Magistrate Peter A.
24 Nowinski for all further proceedings, and any dates currently
25 set in this reassigned case only are hereby VACATED.  The
26 parties are referred to the attached Order Requiring Joint

                                  3

1  Status Report.  Henceforth, the caption on documents filed in
2  the reassigned case shall be shown as CIV. NO. S-05-409-DFL-PAN
3  and CIV. S-04-1124-DFL-PAN.
4       IT IS FURTHER ORDERED that the Clerk of the Court make
5  appropriate adjustment in the assignment of civil cases to
6  compensate for this reassignment.
7       IT IS SO ORDERED.
8  DATED: 6/9/2005

_____
DAVID F. LEVI
United States District Judge