1  BILL LOCKYER
   Attorney General of the State of California
2  JOSEPH O. EGAN
   Lead Supervising Deputy Attorney General
3  BRUCE J. BRAVERMAN, State Bar No. 052244
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5380
6   Fax: (916) 324-5567
    Email: Bruce.Braverman@doj.ca.gov

Attorneys for SANDRA SHEWRY, Director of the
Department of Health Services, State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DEVELOPMENTAL SERVICES NETWORK, BRIAN COOK, by his legal guardian, DOUG COOK, MOUNTAIN VIEW CHILD CARE, INC., and MOUNTAIN SHADOWS SUPPORT GROUP, | CIV S-04-1501 DFL DAD |
|---|---|
| Plaintiffs, | STIPULATION FOR DISMISSAL AND ORDER |
| v. | |
| SANDRA SHEWRY, Director of the Department of Health Services, State of California, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed without prejudice

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear its own costs and attorney fees.

                                            Respectfully submitted,

                                            BRIAN TAUGHER, P.C.

Dated: _____

                                            BRIAN TAUGHER
                                            Attorneys for Plaintiffs Developmental Services Network, Brian Cook, Mountain View Child Care, Ind., and Mountain Shadows Support Group

                                            BILL LOCKYER
                                            Attorney General of the State of California

Dated: _____

                                            BRUCE J. BRAVERMAN
                                            Deputy Attorney General
                                            Attorneys for SANDRA SHEWRY, Director of the Department of Health Services, State of California

## ORDER

Having been stipulated and requested by the parties hereto,

IT IS ORDERED that the above-entitled is dismissed without prejudice, each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: 3/3/0/2006

                                            */s/ David F. Levi*
                                            DAVID F. LEVI
                                            United States District Judge

04cv1501.o.330.wpd
SA2004103372